**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6829**

MICHAEL ANTHONY MCCLANAHAN,

        Plaintiff - Appellant,

    v.

RHONDA GREER, Court Reporter; KEITH SHORTRIDGE, Deputy
Sheriff; NICHOLAS B. COMPTON, Assistant Commonwealth
Attorney,

        Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke. Jackson L. Kiser, Senior
District Judge. (7:15-cv-00147-JLK-RSB)

Submitted: August 20, 2015      Decided: August 25, 2015

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Anthony McClanahan, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Anthony McClanahan appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2012) civil rights action. On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because McClanahan's informal brief does not challenge the basis for the district court's disposition, McClanahan has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED